UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>Petitioner,<br><br>v.<br><br>M. SEXTON, Warden,<br><br>Respondent. | Case No. 18-06645 EJD (PR)<br><br>**ORDER OF DISMISSAL; GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*; DENYING OTHER MOTION AS MOOT**<br><br>(Docket No. 2, 9, 10) |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Petitioner has filed a motion for leave to proceed in forma pauperis. (Docket Nos. 2, 9.)

**DISCUSSION**

A second or successive petition containing previously raised or new claims may not be filed in the district court unless the petitioner first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A).

It appears that the instant habeas petition is second or successive because Petitioner filed a prior habeas petition in this district, see Howell v. Runnels, N. D. Cal. Case No. 04-

05449 MJJ (PR), challenging the same 2002 state conviction out of Santa Clara County (case no. 122266) for a drug offense for which he was sentenced under California's "Three Strikes Law" to 25 years to life in state prison. In that case, the Court denied the petition on the merits. Id., Docket No. 19. Then in 2010, Petitioner filed another habeas petition challenging the same state conviction which was dismissed as second or successive. See Howell v. Adams, N. D. Cal. Case No. 10-1554 MHP (PR), Docket No. 5. In the order of dismissal, Petitioner was advised that he must obtain an order from the Ninth Circuit Court of Appeals authorizing this court to consider the petition and instructions on how to obtain such an order. Id. In the instant action, Petitioner raises new claims which he states have "never been raised in any petitions to any courts until now." (Pet. at 2.) Accordingly, this action is clearly a second or successive petition.

As he has already previously been advised, Petitioner must first obtain an order from the Ninth Circuit Court of Appeals authorizing this Court to consider a renewed challenge to his state conviction before a second or successive petition may be filed in the district court. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not presented such an order from the Ninth Circuit. Id. Accordingly, the instant petition must be dismissed in its entirety as second and successive.

## CONCLUSION

For the foregoing reasons, the instant petition for a writ of habeas corpus is **DISMISSED** without prejudice as second and successive. Petitioner may file another petition challenging the same state conviction in this Court raising new claims **if he obtains the necessary order from the Ninth Circuit.**

No certificate of appealability is warranted in this case. See Rule 11(a) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254 (requiring district court to rule on certificate of appealability in same order that denies petition). Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of

2

the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Petitioner's motion for leave to proceed in forma pauperis ("IFP") is **GRANTED**. (Docket Nos. 2, 9.) His motion for an extension of time to file an IFP application, (Docket No. 10), is DENIED as moot.

This order terminates Docket Nos. 2, 9, and 10.

**IT IS SO ORDERED.**

**Dated:** 1/28/2019

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\HC.18\06645Howell_dism(sec.succ)

3